UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Gail Kinsey,<br><br>        Plaintiff,<br><br>vs.<br><br>Wells Fargo Bank NA and Wells Fargo Home Mortgage, a division of Wells Fargo Bank NA,<br><br>        Defendants. | C.A. No.: 3:12-CV-00808-JFA<br><br><br>ORDER |

The Plaintiff, Gail Kinsey, moves for remand of this action to the Court of Common Pleas for Richland County, South Carolina with the consent of the Defendants. (ECF No. 23). Based upon a review of the pleadings and, particularly, the parties' consent to Plaintiff's motion to remand, Plaintiff's motion is granted.

Therefore, it is hereby ORDERED that this case be remanded to Court of Common Pleas for Richland County, South Carolina.

IT IS SO ORDERED.

September 26, 2012  
Columbia, South Carolina

*Joseph F. Anderson, Jr.*  
Joseph F. Anderson, Jr.  
United States District Judge